# United States Court of Appeals

## For the First Circuit

No. 06-1351

UNITED STATES OF AMERICA,

Appellee,

v.

GREGORY WRIGHT,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. William G. Young, U.S. District Judge]

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

ERRATA

The opinion of this court issued on May 4, 2007, is amended, in section III, on page 20, line 5, by addition of the following text:

"Those proceedings should continue before the same district court judge who heard this case originally."